IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. 4:10CR00222-01-BRW

ANTHONY DEWAYNE ROGERS

## ORDER

Pending before this Court is the Motion for Summons and Motion to Revoke (Doc. No. 62). A hearing is set on the motion for Friday, March 22, 2013, at 1:30 PM. Mr. Richard Holiman is appointed to represent Mr. Rogers and a CJA 20 Voucher will be sent to Mr. Holiman forthwith.

IT IS SO ORDERED this 23rd day of January, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

ordsub.attyCJA.wpd