IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  4:10-CR-00222-01-BRW

ANTHONY D. ROGERS

ORDER

Pending is the Government's Motion to Dismiss Petition for Revocation (Doc. No. 72). After a review of the Motion, the Court finds that the Motion should be, GRANTED. The hearing scheduled for Friday, June 28, 2013, is cancelled.

IT IS SO ORDERED this 24th day of June, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE