**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                     **4:10CR00222-BRW**

**ANTHONY DEWAYNE ROGERS**

## <u>ORDER</u>

Defendant's Motion for Extension of Time to Report to the Bureau of Prisons (Doc. No. 81) is DENIED. Defendant is directed to report to the designated facility by 2 p.m., Monday, March 17, 2014.

IT IS SO ORDERED this 12th day of March, 2013.


/s/ Billy Roy Wilson_____
       UNITED STATES DISTRICT JUDGE